**ORIGINAL**

DEVIN DERHAM-BURK, STANDING TRUSTEE
2105 S. Bascom Ave. Suite 280
Campbell, CA. 95008
Mailing Address:
P. O. Box 50013, San Jose, CA. 95150
(408) 879-1300 FAX (408) 879-1310

FILED

01 SEP 17 PM 2:56

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN JOSE, CA.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

BANKRUPTCY CASE NO. 99-5-7484MMOR

Chapter 13

IN RE: ABRAHAM MINA

MARY C MINA

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            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

AKA:MARY C SANCHEZ
AKA:MARY C SANCHEZ-MINA

----------------------------------
            DEBTOR(S)

STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT, APPLICATION FOR DISCHARGE OF
         STANDING TRUSTEE AND REQUEST FOR FINAL DECREE

The application of the Standing Trustee represents that the confirmed plan has been fully administered. The Final Report and Account of the Standing Trustee is attached.

Wherefore, the Standing Trustee requests that a final decree be entered discharging the Standing Trustee and releasing her surety from all liability upon their bond on account of the within proceedings and closing the estate and for such other and further relief as is just.

DATE: **SEP 1 4 2001**

_____
DEVIN DERHAM-BURK, STANDING TRUSTEE

39

```
Devin Derham-Burk, Trustee
2105 S. Bascom Ave., Suite 280
Campbell, Ca. 95008
P.O. Box 50013
San Jose, CA  95150
(408)879-1300  FAX:(408)879-1310

                    IN THE UNITED STATES BANKRUPTCY COURT
                       NORTHERN DISTRICT OF CALIFORNIA
IN RE:
ABRAHAM MINA and MARY C MINA
1073 O FARRELL CT                         CASE NO. 99-5-7484MMOR
SALINAS CA
                         93907
         DEBTOR(S)                        AKA:MARY C SANCHEZ
SSN(1)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 SSN(2)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       AKA:MARY C SANCHEZ-MINA
--------------------------------------------------------------------
                        FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
This case was commenced on Nov 19, 1999.
The Plan was confirmed on Jan 24, 2000.
The case was concluded on Aug 17, 2001.

THE SUBJECT CASE HAS BEEN COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

     Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.

RECEIPTS:
Amount paid to Trustee by of for Debtor for benefit of creditors. $ 60,977.16

CREDITOR'S NAME            CLAIM AMT      PRIN PD       INT PD      BAL DUE
---------------------------------------------------------------------------
BANK OF AMERICA               517.50       517.50          .00          .00
CLAIM NO. 0019     CLASSIFICATION: UNSECURED       % ALLOWED: 100.00

DISCOVER CARD SERVICES IN   3,789.12     3,789.12          .00          .00
CLAIM NO. 0006     CLASSIFICATION: UNSECURED       % ALLOWED: 100.00

ECMC                        4,652.04     4,652.04          .00          .00
CLAIM NO. 0018     CLASSIFICATION: UNSECURED       % ALLOWED: 100.00

ESKANOS & ADLER                  .00          .00          .00    NOT FILED
CLAIM NO. 0005     CLASSIFICATION: UNSECURED       % ALLOWED: 100.00

ESKANOS & ADLER                  .00          .00          .00    NOT FILED
CLAIM NO. 0011     CLASSIFICATION: UNSECURED       % ALLOWED: 100.00

FLEET MORTGAGE GROUP             .00          .00          .00          .00
CLAIM NO. 0001     CLASSIFICATION: SECURED         % ALLOWED: 100.00

FLEET MORTGAGE GROUP, INC        .00          .00          .00          .00
CLAIM NO. 2001     CLASSIFICATION: UNSECURED       % ALLOWED: 100.00

HRS                              .00          .00          .00    NOT FILED
CLAIM NO. 0008     CLASSIFICATION: UNSECURED       % ALLOWED: 100.00
```

| CREDITOR'S NAME | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|
| HUNT & HENRIQUEZ<br>CLAIM NO. 0009   CLASSIFICATION: NOTICE ONLY | .00 | .00 | .00<br>% ALLOWED:    .00 | NOT FILED |
| MAX FLOW CORP<br>CLAIM NO. 0007   CLASSIFICATION: UNSECURED | 8,041.82 | 8,041.82 | .00<br>% ALLOWED: 100.00 | .00 |
| MAX FLOW CORP<br>CLAIM NO. 0010   CLASSIFICATION: UNSECURED | 5,539.59 | 5,539.59 | .00<br>% ALLOWED: 100.00 | .00 |
| NATIONWIDE RECOVERY<br>CLAIM NO. 0012   CLASSIFICATION: UNSECURED | .00 | .00 | .00<br>% ALLOWED: 100.00 | NOT FILED |
| NAVY FEDERAL CREDIT UNION<br>CLAIM NO. 0002   CLASSIFICATION: SECURED | .00 | .00 | .00<br>% ALLOWED: 100.00 | .00 |
| NAVY FEDERAL CREDIT UNION<br>CLAIM NO. 2002   CLASSIFICATION: UNSECURED | 6,237.90 | 6,237.90 | .00<br>% ALLOWED: 100.00 | .00 |
| NAVY FEDERAL CREDIT UNION<br>CLAIM NO. 0013   CLASSIFICATION: UNSECURED | 4,697.49 | 4,697.49 | .00<br>% ALLOWED: 100.00 | .00 |
| NCO / CRW FINANCIAL INC<br>CLAIM NO. 0014   CLASSIFICATION: UNSECURED | .00 | .00 | .00<br>% ALLOWED: 100.00 | NOT FILED |
| PROVIDIAN NATIONAL BANK<br>CLAIM NO. 0015   CLASSIFICATION: UNSECURED | .00 | .00 | .00<br>% ALLOWED: 100.00 | NOT FILED |
| TOYOTA MOTOR CREDIT CORP<br>CLAIM NO. 0003   CLASSIFICATION: SECURED | 19,603.90 | 19,603.90 | 2,536.54<br>% ALLOWED: 100.00 | .00 |
| WARDS<br>CLAIM NO. 0016   CLASSIFICATION: UNSECURED | .00 | .00 | .00<br>% ALLOWED: 100.00 | NOT FILED |
| WASHINGTON MUTUAL<br>CLAIM NO. 0004   CLASSIFICATION: MORTGAGE | 162,176.48 | .00 | .00<br>% ALLOWED: 100.00 | DIRECT PAY |
| DEVIN DERHAM-BURK TRUSTEE<br>CLAIM NO. 0017   CLASSIFICATION: NOTICING FEES (TRUST | 10.00 | 10.00 | .00<br>% ALLOWED: 100.00 | .00 |

```
SUMMARY OF CLAIMS ALLOWED AND PAID:
              SECURED         PRIORITY         GENERAL          SPECIAL           TOTAL
AMT ALLOWED  19,603.90           10.00        33475.46              .00        53089.36
PRIN PAID    19,603.90           10.00        33,475.46             .00        53,089.36
INT PAID      2,536.54             .00             .00              .00         2,536.54

RETURNED TO THE DEBTOR:            .00

OTHER DISBURSEMENT UNDER ORDER OF COURT:
DEBTOR'S ATTORNEY                       FEE ALLOWED              FEE PAID
RICHARD MCLAUGHLIN ESQ                   2,350.00                2,350.00

COURT COSTS AND
OTHER EXPENSES        FILING FEE    NOTICING FEE    TRUSTEE CMP    TRUSTEE EXP
OF ADMINISTRATION        .00             .00         1,500.63       1,500.63
```

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

DATED: Sep 13, 2001

DEVIN DERHAM-BURK TRUSTEE